IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CRIMINAL NO. 5:10-CR-14 DCB-FKB

DEWAYNE E. JOHNSON                                                                                  DEFENDANT

## ORDER

This case is before the Court on the Motion [Doc.124] of Defendant Dewayne Johnson for authority to file certain motions under seal, to wit:

1. Defendant's Motion to Dismiss for Prosecutorial Misconduct;

2. Defendant's Motion for Oral Depositions or, Alternatively, Deposition upon Written Discovery; and

3. A third related motion concerning privileged communications between the parties.

The Court finds that good cause is hereby shown, and the Court is of the opinion that the Motion is due to be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have the authority to file the above three motions under seal of the Court.

SO ORDERED, this the 31st day of May, 2011.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

Submitted by attorneys for Defendant:

/s/Dennis C. Sweet, III
Dennis C. Sweet, III, (MB # 8105)
Eduardo A. Flechas (MB # 10669)

1